MELINDA HAAG (CA 132612)
United States Attorney

MIRANDA KANE (CA 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KY 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

FILED
NOV 25 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-13-00763 |
| Plaintiff, | ) |
| vs. | ) ORDER TO DISMISS INFORMATION |
| JAMES H. CONNORS, | ) |
| Defendant. | ) |

1. The United States moves that the Information filed in the above captioned matter on November 21, 2013 be dismissed.

2. The United States makes this motion in the interests of justice.

MELINDA HAAG
United States Attorney

_____/S/_____
ROBERT K. PRUITT
Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER
TO DISMISS INFORMATION: CR-13-00763

1

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the Information in the above entitled matter is dismissed without prejudice.

Dated: 11/25 2013

HOWARD R. LLOYD  *Nathanael Cousins*
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER
TO DISMISS INFORMATION: CR-13-00763

2